UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PISANELLI BICE, PLLC, | Case No.: 2:25-cv-00613-APG-BNW |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| DENNIS T. D'ANTONIO, et al., | |
| Defendants | |

In light of the defendants' response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 5) is satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time. The parties remain responsible for establishing that subject matter jurisdiction exists before final judgment is entered.

DATED this 17th day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE