James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Plaintiff/Counterdefendant
 Pisanelli Bice, PLLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PISANELLI BICE, PLLC,<br><br>　　　　Plaintiff/Counterdefendant,<br>v.<br>DENNIS T. D'ANTONIO, an individual,<br>JOSHUA L. MALLIN, an individual, and<br>WEG AND MYERS, P.C., a New York<br>professional services corporation,<br><br>　　　　Defendants/Counterclaimants. | CASE NO.: 2:25-cv-00613-APG-BNW<br><br>**[PROPOSED] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Plaintiff/Counterdefendant Pisanelli Bice, PLLC and Defendants/Counterclaimants Dennis T. D'Antonio, Joshua L. Mallin, and Weg and Myers, P.C. (together the "parties"), through their counsel of record, conducted the Rule 26(f) conference on May 9, 2025, and hereby submit their Stipulated Discovery Plan and Scheduling Order.

## DISCOVERY PLAN

1. <u>Initial Disclosures (Fed. R. Civ. P. 26(f)(3)(A))</u>:  The parties will serve their initial disclosures pursuant to FRCP 26(a)(1) on or before <u>June 5, 2025</u> which is 28 days after the Rule 26(f) conference.

2. <u>Subjects of Discovery (Fed. R. Civ. P. 26(f)(3)(B))</u>: The parties agree that the areas of discovery should include all claims, counterclaims, and defenses allowed pursuant to the Federal Rules of Civil Procedure.

1

3. <u>Close of Discovery (LR 26-1(b)(1))</u>: The close of discovery will be <u>October 8, 2025</u>. The first defendant answered the complaint on April 11, 2025. ECF No. 7. The discovery deadline is calculated 180 days from when the first defendant appeared. LR 26-1(b)(1).

4. <u>Amending Pleadings and Adding Parties (LR 26-1(b)(2))</u>: The deadline to amend pleadings or add parties which is 90 days before the close of expert discovery, is <u>July 10, 2025</u>.

5. <u>FRCP 26(a)(2) Expert Disclosures (LR 26-1(b)(3))</u>:

- The deadline for initial expert disclosures is <u>August 8, 2025</u>;
- The deadline for rebuttal expert disclosures is <u>September 8, 2025</u>.

6. <u>Dispositive Motions (LR 26-1(b)(4))</u>: The parties shall file any dispositive motions no later than <u>November 7, 2025</u>, which is 30 days after the close of discovery.

7. <u>Joint Pretrial Order (LR 26-1(b)(5), (6))</u>: A joint pretrial order shall be filed by <u>December 8, 2025</u>, which is 30 days after the dispositive motion deadline. This deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosure required by FRCP 26(a)(3), and objections thereto, shall be included in the pretrial order.

8. <u>Extension of Modifications of Discovery Plan and Scheduling Order</u>: Extensions of the discovery deadlines will not be allowed without a showing of good cause for the extension. All motions or stipulations to extend discovery must fully comply with LR 26-3.

9. <u>Alternative Dispute Resolution (LR 26-1(b)(7))</u>: The parties certify that they have met and conferred about ADR.

10. <u>Alternative Forms of Case Disposition (LR 26-1(b)(8))</u>: The parties certify that they have conferred regarding consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and FRCP 73 and the use of the Short Trial Program (General Order 2013-01), however, the parties are not agreeable to these options.

11. <u>Discovery of Electronically Stored Evidence (ESI) (Fed. R. Civ. P. 26(f)(3)(C))</u>: The parties do not anticipate issues about disclosure, discovery, or preservation of ESI at this time. The parties will discuss a protocol governing production of electronically stored information. If the

parties are unable to come to an agreement, they will prepare a joint statement to the Court for resolution.

12. <u>Electronic Evidence (LR 26-1(b)(9))</u>: A jury demand has been filed in this matter. The parties will discuss the presentation of electronic exhibits at trial in connection with the joint pretrial order.

13. <u>Privilege Issues (Fed. R. Civ. P. 26(f)(3)(D))</u>: The parties discussed privilege issues. To protect the parties' respective positions about potential privileges, the parties agree to follow the Federal Rules of Civil Procedure and to file appropriate motions for the Court to resolve.

14. <u>Stipulated Confidentiality & Protective Order (Fed. R. Civ. P. 26(f)(3)(F))</u>: The parties do not presently need a protective order in place but will confer in the future if the need arises.

DATED this 23rd day of May, 2025.

PISANELLI BICE, PLLC

By: /s/ Brianna Smith
James J. Pisanelli, Esq., #4027
Debra L. Spinelli, Esq., #9695
Brianna Smith, Esq., #11795
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counterdefendant*

DATED this 23rd day of May, 2025

FOX ROTHSCHILD LLP

By: /s/ Kevin M. Sutehall
Brett Alexrod, Esq., #5859
Mark J. Connot, Esq., #10010
Kevin M. Sutehall, Esq., #9437
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendants/Counterclaimants*

**IT IS SO ORDERED:**

HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: 5/27/2025

CASE NO.: 2:25-cv-00613-APG-BNW