James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE, PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Plaintiff/Counterdefendant
Pisanelli Bice, PLLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PISANELLI BICE, PLLC, a Nevada professional limited liability company,<br><br>  Plaintiff/Counterdefendant,<br>v.<br><br>DENNIS T. D'ANTONIO, an individual, JOSHUA L. MALLIN, an individual, and WEG AND MYERS, P.C., a New York professional services corporation,<br><br>  Defendants/Counterclaimants. | CASE NO.:   2:25-cv-00613-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' COUNTERCLAIM**<br><br>**(First Request)** |

Plaintiff/Counterdefendant Pisanelli Bice, PLLC ("counterdefendant"), and Defendants/Counterclaimants Dennis T. D'Antonio, Joshua L. Mallin, and Weg and Myers, P.C. (collectively, "counterclaimants"), by and through their respective undersigned counsel, hereby agree to extend the deadline for the filing of counterdefendant's reply brief as follows:

1. On May 15, 2025, counterdefendant filed a motion to dismiss counterclaimants' amended counterclaim. (ECF No. 16.)

2. On May 29, 2025, counterclaimants filed their opposition to the motion to dismiss. (ECF No. 19.)

3. The current deadline for counterdefendant to file a reply in support of its motion to dismiss is June 5, 2025. The parties agree to extend this deadline for one additional week to and including June 12, 2025. This is the first request to extend the reply deadline and it is sought due to other commitments, including the filing of several appellate briefs this week.

| | |
|---|---|
| DATED this 4th day of June, 2025. | DATED this 4th day of June, 2025. |
| PISANELLI BICE PLLC | FOX ROTHSCHILD LLP |
| By: */s/ Brianna Smith* <br> James J. Pisanelli, Esq., #4027 <br> Debra L. Spinelli, Esq., #9695 <br> Brianna Smith, Esq., #11795 <br> 400 South 7th Street, Suite 300 <br> Las Vegas, Nevada 89101 | By: */s/ Kevin M. Sutehall* <br> Kevin M. Sutehall, Esq., #9437 <br> 1980 Festival Plaza Dr., Suite 700 <br> Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff/Counterdefendant* | *Attorneys for Defendants/Counterclaimants* |

**IT IS SO ORDERED.**

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE

DATED: June 5, 2025

CASE NO.:   2:25-cv-00613-APG-BNW