1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  Brianna Smith, Esq., Bar No. 11795
   BGS@pisanellibice.com
4  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
5  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
6
7  *Attorneys for Plaintiff/Counterdefendant*
   *Pisanelli Bice, PLLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PISANELLI BICE, PLLC,<br><br>  Plaintiff,<br>v.<br><br>DENNIS T. D'ANTONIO, an individual, JOSHUA L. MALLIN, an individual, and WEG AND MYERS, P.C., a New York professional services corporation,<br><br>  Defendants. | CASE NO.: 2:25-cv-00613-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DENNIS T. D'ANTONIO, an individual, JOSHUA L. MALLIN, an individual, and WEG AND MYERS, P.C., a New York professional services corporation,<br><br>  Counterclaimants,<br>v.<br><br>PISANELLI BICE, PLLC,<br><br>  Counterdefendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counterdefendant Pisanelli Bice PLLC and Defendants/Counterclaimants Dennis T. D'Antonio, Joshua L. Mallin, and Weg and Myers, P.C., by and through their respective undersigned counsel, hereby stipulate to dismiss the case with prejudice.

1

1     The parties further stipulate that each party will bear their own attorneys' fees and costs.

2   DATED this 11th day of September, 2025.    DATED this 11th day of September, 2025

3   PISANELLI BICE PLLC    FOX ROTHSCHILD LLP

By:  */s/ Brianna Smith*    By:  */s/ Mark J. Connot*
    Brianna Smith, Esq., #11795    Brett Alexrod, Esq., #5859
    400 South 7th Street, Suite 300    Mark J. Connot, Esq., #10010
    Las Vegas, Nevada 89101    Kevin M. Sutehall, Esq., #9437
    *Attorneys for Plaintiff*    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
HON. ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 12, 2025

CASE NO.: 2:25-cv-00613-APG-BNW

2